331-15 332-15 333-15 334-15 335-15
336-15 337-15 ELECTRONIC RECORD 338-15 339-15
340-15

COA #  10-15-00055-CR

OFFENSE:  Miscellaneous/Other Criminal including Misdemeanor or Felony

STYLE:  William Arthur McIntosh v. The State of Texas

COUNTY:  Ellis

TRIAL COURT:  40th District Court

MOTION

TRIAL COURT #:  20084CR

FOR REHEARING IS:

TRIAL COURT JUDGE:  Hon. Bob Carroll

DATE:

DISPOSITION:  DISMISSED

JUDGE:

DATE:  March 5, 2015

JUSTICE:  Scoggins          PC          S   YES

PUBLISH:          DNP:   YES

CLK RECORD:                          SUPP CLK RECORD:
RPT RECORD:                          SUPP RPT RECORD:
STATE BR:                            SUPP BR:
APP BR:                              PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

CCA # **331-15 THRU 340-15**

_____ PRO SE _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_refused_

DATE: _July 29, 2015_

JUDGE: _PC_

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____